UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TREMAYNE LASHAUN LEE,
a/k/a Shawn Mays; a/k/a Shawn Lee,

      Defendant.
_____/

Case No. 1:07:CR:99

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 21, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Tremayne Lashaun Lee's plea of guilty to Count 1 of the Indictment is accepted. Defendant Tremayne Lashaun Lee is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Tremayne Lashaun Lee shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, July 17, 2007**. Defendant Tremayne Lashaun Lee shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 6, 2007

          /s/ Gordon J. Quist
          GORDON J. QUIST
          UNITED STATES DISTRICT JUDGE